■ In the Matter of CHRISTOPHER A. SHARP, Appellant, v RACHEL ALDRICH, Respondent. [986 NYS2d 373]—Appeal from an order of the Family Court, Cattaraugus County (Michael L. Nenno, J.), entered May 22, 2013 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that the order so appealed from is

unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Lindley and Valentino, JJ.